**FILED**
OCT 2 2 2007
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Cr. No. __2:07cr250-MHT__ |
| ) | [21 USC § 846; and |
| v. ) | 18 USC § 924(c)] |
| ) | |
| WILLIE JOE HALL, and ) | |
| MICHAEL COLEMAN ) | **INDICTMENT** |

The Grand Jury charges:

## COUNT 1

From in or about August, 2007, through on or about October 5, 2007, in Montgomery County, within the Middle District of Alabama and elsewhere, the defendants,

WILLIE JOE HALL, and
MICHAEL COLEMAN,

did knowingly and intentionally conspire, combine and agree with each other and with other persons unknown to the Grand Jury to possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine hydrochloride, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1). All in violation of Title 21, United States Code, Section 846.

## COUNT 2

On or about October 5, 2007, in Montgomery County, within the Middle District of Alabama and elsewhere, the defendant,

MICHAEL COLEMAN,

did knowingly use and carry a Glock Model 20 pistol, a better description being unknown to the Grand Jury, during and in relation to a drug trafficking offense as charged in Count

1 herein, and did possess said firearm in furtherance of the drug trafficking offense charged in Count 1 herein, in violation of Title 18, United States Code, Section 924(c)(1)(A).

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
United States Attorney

_____
A. CLARK MORRIS
Assistant United States Attorney