IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| V. | * | 2:07-cr-250 |
| MICHAEL COLEMAN, | * | |
| DEFENDANT. | * | |

**NOTICE OF APPEARANCE**

Now comes the undersigned and hereby notifies this honorable court of his appearance as counsel on behalf of the defendant in the above styled cause.

Respectfully Submitted,

/s/ Joe M. Reed
Joe M. Reed
Attorney for Defendant

**Certificate of Service**

I hereby certify that the foregoing was filed with the United States District Clerk, Middle District of Alabama, who will send electronic notification to the Honorable Leura Canary, United States Attorney, P.O.Box 197, Montgomery, AL 36101.

/s/ Joe M. Reed
Joe M. Reed