IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **v.** | ) INDICTMENT NO.: |
| | ) |
| **MICHAEL COLEMAN,** | ) 2:07-CR-250-2 |
| | ) |
| **Defendants.** | ) |
| _____ | ) |

**MOTION TO CONTINUE DETENTION HEARING**

COMES NOW the Defendant above-named, by and through undersigned counsel, and requests a continuance of the detention hearing in the above-captioned matter. In support thereof, Defendant shows as follows:

1.

The detention hearing in this matter is presently scheduled for Thursday, 6 December 2007.

2.

Defendant has retained Attorney Tony L. Axam to represent him in this matter.

3.

Attorney Axam has a conflict with his court calendar on Thursday, 6 December 2007.  however, Attorney Axam is available on Friday, 7 December 2007.

1

4.

Attorney Axam's office has conferred with Assistant United States Attorney A. Clark Morris who has indicated that she is not opposed to continuing the detention hearing until Friday, 7 December 2007.

WHEREFORE, based upon the foregoing conflict, the Defendant respectfully requests that his detention hearing be continued to Friday, 7 December 2007.

Respectfully submitted,

<u>Tony L. Axam /S/</u>
Tony L. Axam
Georgia Bar No.: 029725
Attorney for Defendant
Michael Coleman

AXAMLAW
P. O. Box 115238
Atlanta, Georgia 30310
(404) 524-2233
(404) 897-1376 facsimile
tony.axam@axamlaw.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 5th day of December 2007, a true and correct copy of the foregoing *Motion to Continue Detention Hearing* has been sent via Pacer/ECF and U.S. mail to the following persons at the addresses listed:

A. Clark Morris, AUSA
U.S. Attorney's Office
P.O. Box 197
Montgomery, AL 36101-0197
334-223-7280
clark.morris@usdoj.gov


Joe M. Reed /S/
Joe M. Reed