```
            IN THE UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF ALABAMA
                     NORTHERN DIVISION

UNITED STATES OF AMERICA,     )
                              )
v.                            ) INDICTMENT NO.:
                              )
MICHAEL COLEMAN,              ) 2:07-CR-250-2
                              )
     Defendants.              )
_____)
```

## MOTION TO ADMIT TONY L. AXAM *PRO HAC VICE*

COMES NOW, Defendant Michael Coleman, pursuant to Middle District of Alabama Local Rule 83.1, and hereby moves this Court to admit Tony L. Axam, as his counsel in this matter. The Affidavit of Tony L. Axam is being filed herewith in support of this motion. In support of this motion, with regard to Tony L. Axam, Defendant states the following:

1.

Tony L. Axam resides at 679 Peeples Street, SW, Atlanta, Georgia 30310; (404) 758-6277.

2.

Attorney Axam practices law with AxamLaw, P. O. Box 115238, Atlanta, GA, 30310; (404) 524-2233; (404) 897-1376 facsimile; tony.axam@axamlaw.com.

3.

Attorney Axam is licensed under Georgia Bar No.: 029725, is active and in good standing, and admitted to practice before the

1

Court of last resort of Georgia, the state of his residence. Attorney Axam is in good standing in all other jurisdictions in which he is licensed to practice law. No disciplinary action or investigation of his conduct is pending.

4.

Attorney Axam seeks to appear in the above-styled case, currently pending in the United States District Court for the Middle District of Alabama, Northern Division, as counsel for Michael Coleman.

5.

Attorney Axam has been admitted to practice in the following jurisdictions:

United States Supreme Court
    Date of admission: 30 July 2007

United States District Court, Northern District of Georgia
    Date of admission: 9 January 1974

United States District Court, Middle District of Georgia
    Date of admission: 23 August 1979

United States District Court, Southern District of Georgia
    Date of admission: 9 January 1974

11th Circuit Court of Appeals
    Date of admission: 28 June 1982

6th Circuit Court of Appeals
    Date of admission: 3 September 1991

Georgia Supreme Court
    Date of admission: 9 January 1974

Georgia Court of Appeals
    Date of admission: 9 January 1974

6.

Attorney Axam has not been denied pro hac admission to any court and no pro hac vice admission granted to Attorney Axam has ever been revoked.

7.

There are no disciplinary actions pending in any jurisdiction against Attorney Axam; he is not currently suspended or disbarred by any jurisdiction.

8.

Attorney Axam has read, and familiarized himself with This Court's Local Rules, the Alabama Rules of Professional Conduct, the Alabama Standards for Imposing Lawyer Discipline and the American Bar Association Model Rules of Professional Conduct.

9.

Attorney Axam agrees to subject himself to the jurisdiction of the United States District court of the State of Alabama, in any manner arising out of his conduct in such proceedings, and he agrees to be bound by This Court's Local Rules, the Alabama Rules of Professional Conduct, the Alabama Standards for Imposing Lawyer Discipline and the American Bar Association Model Rules of Professional Conduct and any other rules of conduct applicable to Alabama lawyers.

11.

Attorney Axam has associated, as local counsel of record in this matter, the undersigned, Joe M. Reed, Faulk & Reed, LLP, 524 S Union Street, Montgomery, AL 36104-4626; (334) 239.2056.

12.

Attorney Axam has paid all fees required by this Rule in connection with the motion for admission.

13.

The original Affidavit of Attorney Tony L. Axam and original Certificate of Good Standing is being filed, under separate cover, with this court.  A copy of the same is attached hereto.

This 5th day of December 2007.

                                        Respectfully submitted,

                                        JOE M. REED/S/
                                        Joe M. Reed
                                        ASB-7499-D59J
                                        Attorney for Defendant
                                        Michael Coleman

Faulk & Reed
524 South Union Street
Montgomery, AL 36104
(334) 834-2000
(334) 834-2088 facsimile
joe@faulkreed.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 5th day of December 2007, a true and correct copy of the foregoing *Motion to Admit Tony L. Axam Pro Hac Vice*, *Affidavit of Tony L. Axam in Support of Motion To Admit Pro Hac Vice* and *Proposed Order* has been sent via Pacer/ECF and U.S. mail to the following persons at the addresses listed:

        A. Clark Morris, AUSA
        U.S. Attorney's Office
           P.O. Box 197
       Montgomery, AL 36101-0197
          334-223-7280
       clark.morris@usdoj.gov

                <u>JOE M. REED /S/</u>
                Joe M. Reed

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) INDICTMENT NO.: |
| | ) |
| MICHAEL COLEMAN, | ) 2:07-CR-250-2 |
| | ) |
| Defendants. | ) |
| _____ | ) |

**AFFIDAVIT OF TONY L. AXAM IN SUPPORT OF
MOTION TO ADMIT *PRO HAC VICE***

Personally appeared before me, the undersigned officer, duly authorized to administer oaths, TONY L. AXAM, who after being duly sworn and deposed, states the following under oath:

1.

I reside at 679 Peeples Street, SW, Atlanta, Georgia 30310; (404) 758-6277.

2.

I practice law with AxamLaw, P. O. Box 115238, Atlanta, GA, 30310; (404) 524-2233; (404) 897-1376 facsimile; tony.axam@axamlaw.com.

3.

I am licensed under Georgia Bar No.: 029725, am active and in good standing, and admitted to practice before the Court of

last resort of Georgia, the state of my residence, as well as in the United States District Court for the Northern, Middle and Southern Districts of Georgia.

4.

I am in good standing in all other jurisdictions in which I am licensed to practice law.  No disciplinary action or investigation of my conduct is pending.

5.

I seek to appear in the above-styled case, currently pending in the U. S. District Court for the Middle District of Alabama, Northern Division, as counsel for Michael Coleman.

6.

I have been admitted to practice in*:*

United States Supreme Court
    Date of admission: 30 July 2007

United States District Court, Northern District of Georgia
    Date of admission: 9 January 1974

United States District Court, Middle District of Georgia
    Date of admission: 23 August 1979

United States District Court, Southern District of Georgia
    Date of admission: 9 January 1974

11th Circuit Court of Appeals
    Date of admission: 28 June 1982

6th Circuit Court of Appeals
    Date of admission: 3 September 1991

Georgia Supreme Court
    Date of admission: 9 January 1974

Georgia Court of Appeals
    Date of admission: 9 January 1974

7.

I have not been denied pro hac admission to any court and no pro hac vice admission granted to me has ever been revoked.

8.

There are no disciplinary actions pending in any jurisdiction against me; I am not currently suspended or disbarred by any jurisdiction.

9.

I have read, and familiarized myself with This Court's Local Rules, the Alabama Rules of Professional Conduct, the Alabama Standards for Imposing Lawyer Discipline and the American Bar Association Model Rules of Professional Conduct.

10.

I agree to subject myself to the jurisdiction of the U. S. District Court For Alabama, in any manner arising out of my conduct in such proceedings, and I agree to be bound by This Court's Local Rules, the Alabama Rules of Professional Conduct, the Alabama Standards for Imposing Lawyer Discipline and the American Bar Association Model Rules of Professional Conduct and any other rules of conduct applicable to Alabama lawyers.

11.

I have associated, as local counsel of record in this matter, the undersigned, Joe M. Reed, Faulk & Reed, LLP, 524 S Union Street, Montgomery, AL 36104-4626; (334) 239-2056.

12.

I have paid all fees required by this Rule in connection with the motion for admission.

FURTHER AFFIANT SAYETH NOT.

This 3rd day of December 2007.

_____
TONY L. AXAM

Sworn to and subscribed before me
This 3rd day of December 2007.

_____
NOTARY PUBLIC

Notary Public Henry County, Georgia
My Commission Expires March 22, 2009



# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA         }
                                  } ss.
NORTHERN DISTRICT OF GEORGIA     }

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **Tony L. Axam, State Bar No. 029725,** was duly admitted to practice in said Court on January 9, 1974, and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 3rd day of December, 2007.

JAMES N. HATTEN
CLERK OF COURT

By: _____
Cheryl Goins
Deputy Clerk



IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| v. | ) INDICTMENT NO.: |
| | ) |
| **MICHAEL COLEMAN,** | ) 2:07-CR-250-2 |
| | ) |
| **Defendants.** | ) |
| _____ | ) |

### ORDER ADMITTING TONY L. AXAM *PRO HAC VICE*

Tony L. Axam's Application for *pro hac vice* status in the instant action, having come before the Court, and the Court, being satisfied that Tony L. Axam has fulfilled the requirements of Middle District of Alabama Local Rule 83.1, hereby

**ORDERS** that Tony L. Axam be admitted, *pro hac vice*, as counsel for Defendant Michael Coleman, in the instant action. Tony L. Axam is hereby on notice that he is subject to the orders of this Court and amenable to disciplinary action as though he were regularly admitted to practice law in the State of Alabama and in the United States District Court for the Middle District of Alabama.

The Clerk of Court shall enter Tony L. Axam's name as counsel of record for Defendant Michael Coleman.

This _____ day of _____ 2007.

```
_____
The Honorable Susan Russ Walker
Magistrate, United States District Court
Middle District of Alabama
Northern Division
```