```
              IN THE UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF ALABAMA
                      NORTHERN DIVISION
```

| | |
|---|---|
| **UNITED STATES OF AMERICA,**     ) | |
| ) | |
| **v.**     ) | **INDICTMENT NO.:** |
| ) | |
| **MICHAEL COLEMAN,**     ) | **2:07-CR-250-2** |
| ) | |
|     **Defendants.**     ) | |
| _____ ) | |

### MOTION TO CONTINUE DETENTION HEARING

COMES NOW the Defendant above-named, by and through undersigned counsel, and requests a continuance of the detention hearing in the above-captioned matter. In support thereof, Defendant shows as follows:

1.

The detention hearing in this matter is presently scheduled for Thursday, 6 December 2007.

2.

Defendant has retained Attorney Tony L. Axam to represent him in this matter.

3.

Attorney Axam has a conflict with his court calendar on Thursday, 6 December 2007. However, Attorney Axam is available on Friday, 7 December 2007.

1

4.

Attorney Axam's office has conferred with Assistant United States Attorney A. Clark Morris who has indicated that she is not opposed to continuing the detention hearing until Friday, 7 December 2007.

WHEREFORE, based upon the foregoing conflict, the Defendant respectfully requests that his detention hearing be continued to Friday, 7 December 2007.

                                          Respectfully submitted,

                                          <u>Joe M. Reed/S/</u>
                                          Joe M. Reed
                                          ASB-7499-D59J
                                          Attorney for Defendant
                                          Michael Coleman

Faulk & Reed
524 South Union Street
Montgomery, AL 36104
(334) 834-2000
(334) 834-2088 facsimile
joe@faulkreed.com

                                          <u>Tony L. Axam /S/</u>
                                          Tony L. Axam
                                          Georgia Bar No.: 029725
                                          Attorney for Defendant
                                          Michael Coleman

AXAMLAW
P. O. Box 115238
Atlanta, Georgia 30310
(404) 524-2233
(404) 897-1376 facsimile
tony.axam@axamlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 5TH day of December 2007, a true and correct copy of the foregoing *Motion to Continue Detention Hearing* has been sent via Pacer/ECF and U.S. mail to the following persons at the addresses listed:

> A. Clark Morris, AUSA
> U.S. Attorney's Office
> P.O. Box 197
> Montgomery, AL 36101-0197
> 334-223-7280
> clark.morris@usdoj.gov

> TONY L. AXAM /S/
> TONY L. AXAM

3