IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr250-MEF |
| | ) | |
| MICHAEL COLEMAN | ) | |

### ORDER

Upon consideration of defendant's amended motion to continue detention hearing (Doc. # 32), filed December 5, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED to the extent that the detention hearing previously scheduled for December 6, 2007 is **rescheduled to 2:00 p.m. on December 7, 2007** in courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama. Pending this hearing, the defendant shall be held in custody of the U. S. Marshal and produced for the hearing.

It is further ORDERED that the Clerk shall strike the motion to continue detention hearing (Doc. # 30), filed December 5, 2007, as incorrectly filed. Defendant's attorney, Tony Axam, is not currently admitted in this district.

DONE, this 6th day of December, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE