## IN THE UNTED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **United States of America** | * |
| **Plaintiff,** | * |
| | *   2:07-cr-250 |
| **VS.** | * |
| **Michael Coleman,** | |
| | * |
| **Defendant.** | * |

## MOTION TO CONTINUE DETENTION HEARING

Now Comes the defendant, by and through counsel and hereby moves this Honorable Court to continue the detention hearing of the defendant from December 6, 2007 until December 7, 2007. Counsel Tony Axam is unavailable to appear on behalf of the defendant due to a scheduling conflict.

Respectfully Submitted,

/s/ Joe M. Reed
Joe M. Reed

## **CERTIFICATE OF SERVICE**

I herby certify that the following was served on

The Honorable Clark Morris,
Assistant United States Attorney for the Middle District of Alabama,
1 Court Square
Montgomery, Alabama 36104

By electronic notification, courtesy of the Clerk of the United States District Court, Middle District of Alabama.

/s/ Joe M. Reed
Joe M. Reed