IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO.: 2:07-cr-250-MEF |
| | ) |
| MICHAEL COLEMAN | ) |

## **ORDER**

It is hereby ORDERED that the Motion to Admit Tony L. Axam *Pro Hac Vice* (Doc. # 31) is GRANTED.

DONE this the 7th day of December, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE