IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| v. | ) INDICTMENT NO.: |
| | ) |
| **MICHAEL COLEMAN,** | ) 2:07-CR-250-2 |
| | ) |
| Defendant. | ) |
| _____ | ) |

### NOTICE OF ATTORNEY APPEARANCE

**COMES NOW**, Tony L. Axam, and files this Notice of Attorney Appearance for Defendant, **MICHAEL COLEMAN**. Counsel respectfully requests that he be added as counsel of record for Defendant and that any and all notices in this matter be forwarded to this office.

This 7th day of December 2007.

        Respectfully submitted,


        TONY L. AXAM /S/
        Tony L. Axam
        Attorney for Defendant
        Georgia Bar No. 029725

AXAMLAW
P. O. Box 115238
Atlanta, Georgia 30310
(404) 524-2233
(404) 897-1376 (Facsimile)
tony.axam@axamlaw.com

**CERTIFICATE OF SERVICE**

This is to certify that I have on this 7th day of December 2007 served the Government in the above styled case with a copy of the foregoing NOTICE OF ATTORNEY APPEARANCE via ECF/pacer to ensure delivery to the following:

>A. Clark Morris, AUSA
>U.S. Attorney's Office
>P.O. Box 197
>Montgomery, AL 36101-0197
>clark.morris@usdoj.gov


>Joe M. Reed
>Faulk & Reed
>524 South Union Street
>Montgomery, AL 36104
>joe@faulkreed.com


>Michael J. Petersen
>Federal Defenders
>Middle District of Alabama
>201 Monroe Street, Suite 407
>Montgomery, AL 36104
>michael_petersen@fd.org


>Tony L. Axam/S/
>Tony L. Axam