IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr250-MEF |
| | ) | |
| MICHAEL COLEMAN | ) | |

## **ORDER**

Upon consideration of defendant's motion to continue detention hearing (Doc. # 34), filed December 6, 2007, and for good cause, it is

ORDERED that the motion be and hereby is DENIED as moot. The detention hearing was rescheduled in the court's order (Doc. # 33) entered on December 6, 2007.

DONE, this 10th day of December, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE