IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | INDICTMENT NO.: |
| | ) | |
| MICHAEL COLEMAN, | ) | 2:07-CR-250-2 |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

MOTION TO SUPPRESS AND
REQUEST FOR JACKSON DENNO HEARING

COMES NOW, Defendant, MICHAEL COLEMAN, by and through undersigned counsel, and moves this Court to hold a pretrial hearing to determine the voluntariness of statements allegedly made by Defendant to law enforcement officers on or about 5 October 2007, and any and all statements or comments allegedly made by Defendant. Defendant urges that said statements and comments were custodial statements within the meaning of Miranda v. Arizona, 384 U. S. 436 (1966). Defendant avers, that he was not advised of his right to counsel as required by Miranda, supra, and its progeny.  Officers proceeded to unlawfully interrogate Defendant and subsequently, as a direct result of this unlawful interrogation, obtained an alleged "consent" to search Defendant's residence. Defendant asserts that the alleged "consent" and the

evidence seized from his residence are fruit of the poisonous tree and must be suppressed.

Defendant requests a hearing pursuant to Jackson v. Denno, 378 U. S. 368 (1984) whereupon the Government be required to prove that said statements of the Defendant, were not in violation of Miranda, supra. Defendant posits that a Jackson v. Denno hearing is constitutionally mandated for a defendant who timely urges that his statements and comments are inadmissible because they were not voluntarily given. The voluntariness hearing must afford the defendant an opportunity to testify regarding the inculpatory statement out of the jury's presence, and without prejudice to his right not to stand in his defense. Jarrell v. Balkcom, 735 F.2d 1242 (11th Cir. 1984); United States v. Davidson, 768 F.2d 1266 (11th Cir. 1985); Miller v. Dugger, 838 F.2d 1530 (11th Cir. 1988).

WHEREFORE, Defendant respectfully requests that his motion to suppress statement be granted or a hearing be set on this matter.

This 9th day of January 2008.

Respectfully submitted

Tony L. Axam/s/_____
Tony L. Axam
GA Bar No. 029725
Attorney for Defendant

Post Office Box 115238
Atlanta, GA 30310
(404) 524-2233
(404) 897-1376 facsimile

tony.axam@axamlaw.com

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA,      )
                               )
v.                             )   INDICTMENT NO.:
                               )
MICHAEL COLEMAN,               )   2:07-CR-250-2
                               )
       Defendants.             )
_____ )

## CERTIFICATE OF SERVICE

I hereby certify that on this the 9th day of January 2008 a
true and correct copy of the foregoing Motion to Suppress and
Request for Jackson Denno Hearing has been served on opposing
counsel by e-file/PACER to:

A. Clark Morris
Assistant United States Attorney
P. O. Drawer 197
Montgomery, Alabama 36101-0197

Tony L. Axam /s/
TONY L. AXAM