IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| v. | ) INDICTMENT NO.: |
| | ) |
| **MICHAEL COLEMAN,** | ) 2:07-CR-250-2 |
| | ) |
| **Defendants.** | ) |
| _____ | ) |

**MOTION FOR CONTINUANCE**

COMES NOW, Defendant MICHAEL COLEMAN, by and through undersigned counsel, and moves the Court for a continuance in the above-styled case of the Motions Hearing presently scheduled for Wednesday, 6 February 2008 at 9:00 a.m.  Defendant's counsel, Tony L. Axam, is lead counsel in United States of America v. Gregg Savage, which is set for trial on Monday, 28 January 2008 in the United States District Court for the Northern District of Georgia, Atlanta Division.  As this trial involves several co-defendants and over 15,000 pages of discovery, this trial is expected to last approximately four (4) weeks.

Although Defendant has local counsel in this matter, Attorney Axam has filed and prepared the motion to suppress which is to be heard on 6 February 2008 and asserts that the Defendant's hearing on this motion cannot adequately be handled, and the client's interest adequately protected, by other counsel

1

for the parties in the cases, nor by other attorney's in the undersigned's law firm.

Defense counsel also respectfully requests that This Court note the following matters in which he is also lead counsel and which are presently scheduled for trial:

- 25 February 2008, <u>State of Georgia v. Kimberly Thornton</u>; One Week Trial

- 13 March 2008, <u>United States v. Gilberto Perez-Banuchi</u>; Sentencing

Our office has contacted the office of Assistant United States Attorney, A. Clark Morris, who indicated that she is not opposed to the instant motion.

WHEREFORE, Defendant respectfully requests that the Motions Hearing scheduled for 6 February 2008 be continued to a later date at a time and place to be determined by this honorable Court.

This 25th day of January 2008.

Respectfully submitted,

<u>Tony L. Axam /s/</u>
TONY L. AXAM
GA Bar No. 029725
Attorney for Defendant

AXAMLAW
P.O. Box 115238
Atlanta, GA 30310
(404) 524-2233
(404) 897-1376 facsimile
tony.axam@axamlaw.com

## **CERTIFICATE OF SERVICE**

This is to certify that I have this date served upon opposing counsel a copy of the within and foregoing **MOTION FOR CONTINUANCE** with the Clerk of Court using CM/ECF system which will automatically send notification of such filing to opposing counsel, and by depositing a copy of the same in the United States mail in an envelope with the adequate postage affixed thereto and properly addressed to ensure delivery to the following:

>A. Clark Morris
>Assistant United States Attorney
>P. O. Drawer 197
>Montgomery, Alabama 36101-0197

<u>TONY L. AXAM /S/</u>