IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:07cr250-MHT |
| | ) | |
| MICHAEL COLEMAN | ) | |

### GOVERNMENT'S NOTICE OF INCORRECT TESTIMONY

**COMES NOW** the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and files this Notice to the Court of Incorrect Testimony, as follows:

1. On February 6, 2008, DEA Special Agent Bret Hamilton testified at the suppression hearing in the above-styled case.

2. During the hearing, Agent Hamilton testified that he removed the handcuffs from Coleman prior to Coleman consenting to the search of his residence. Agent Hamilton further testified that Coleman remained uncuffed during entry into the house and during the search of the house.

3. Coleman testified at the hearing that he was cuffed when he orally consented to the search, but was then uncuffed in order to sign the written consent to search form. Coleman further testified that after signing the consent to search form, he was again placed in cuffs and remained cuffed during entry into the house and during the search of the house.

4. On Friday, February 8, 2008, as Agent Hamilton was reviewing his case file, he discovered a photograph of Coleman in front of his house. In this picture, Coleman is wearing handcuffs. (See Exhibit A)

5. Agent Hamilton immediately contacted the undersigned. Upon interviewing Agent Hamilton about this picture, the undersigned learned that Agent Hamilton was unsure if the picture was taken before or after the search of the residence. Because Montgomery Police Sergeant Mike Drummond was also in the photo, the undersigned suggested that Agent Hamilton contact Sergeant Drummond.

6. Sergeant Drummond was out of the country until Monday, February 11, 2008. On February 11, 2008, Agent Hamilton contacted Sergeant Drummond. Sergeant Drummond informed Agent Hamilton that while he does not remember when Coleman was cuffed, he does remember that Coleman was uncuffed during entry into the house. Sergeant Drummond further recalls Coleman was uncuffed during part of the search and cuffed during part of the search. Sergeant Drummond also recalls Coleman wearing cuffs while in the backyard of the residence smoking a cigarette. Coleman was in the backyard near the end of the search of the residence.

7. Agent Hamilton further contacted DEA Special Agent Devin Whittle and DEA Task Force Agent Eddie Spivy. Both Agent Whittle and Agent Spivy were at the arrest of Coleman and search of his residence. While both Agent Whittle and Agent Spivy recall that Coleman was uncuffed during entry into the house as well as during the search of the house, neither agent was with Coleman during the entire search.

8. Obviously, based on the photograph, Coleman was cuffed at some point during the search.

9. Based on the above-cited facts, it seems clear that Agent Hamilton inadvertently gave incorrect information during his testimony in the suppression hearing.

10. While the government is of the opinion that this newly acquired information should not change the outcome of the suppression hearing, should the defendant request that the hearing be re-opened so that defense counsel can cross examine Agent Hamilton regarding this information, the government would not object.

Respectfully submitted this the 12th day of February, 2008.

        LEURA G. CANARY
        UNITED STATES ATTORNEY

        /s/ A. Clark Morris
        A. CLARK MORRIS
        Assistant United States Attorney
        131 Clayton Street
        Montgomery, Alabama 36104
        Telephone: (334) 223-7280
        Fax: (334) 223-7135
        E-mail: clark.morris@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:07cr250-MHT |
| | ) | |
| MICHAEL COLEMAN | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Joe Reed.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ A. Clark Morris
A. CLARK MORRIS
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
E-mail: clark.morris@usdoj.gov