IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| v. | ) INDICTMENT NO.: |
| | ) |
| **MICHAEL COLEMAN,** | ) 2:07-CR-250-2 |
| | ) |
| **Defendants.** | ) |
| _____ | ) |

**MOTION TO REPOEN MOTION TO SUPPRESS HEARING**

COMES NOW, Defendant MICHAEL COLEMAN, by and through undersigned counsel, and moves the Court to reopen the suppression hearing which was held before this Honorable Court on 6 February 2008 on the grounds that the Court heard false testimony by the Government's witness regarding whether Defendant was in custody at the time of the search.  Contrary to the assertion of opposing counsel, Defendant asserts that this issue is vital to the determination of whether to grant Defendant's motion to suppress.  Defendant asserts that he should be allowed to cross-examine the Government's witnesses regarding his testimony on this matter.  Defendant shows that the Government has indicated, in its Notice of Incorrect Testimony, that it has no objection to reopening this hearing on this matter.

WHEREFORE, Defendant respectfully requests that the hearing on Defendant's Motion To Suppress be reopened to allow Defendant

1

an opportunity to cross-examine Agent Hamilton with regard to the matters indicated in the Government's Notice of Incorrect Testimony

This 28th day of February 2008.

                                        Respectfully submitted,

                                        <u>Tony L. Axam /s/</u>
                                        TONY L. AXAM
                                        GA Bar No. 029725
                                        Attorney for Defendant

AXAMLAW
P.O. Box 115238
Atlanta, GA 30310
(404) 524-2233
(404) 897-1376 facsimile
tony.axam@axamlaw.com

**CERTIFICATE OF SERVICE**

This is to certify that I have this date served upon opposing counsel a copy of the within and foregoing **MOTION TO REPOEN MOTION TO SUPPRESS HEARING** with the Clerk of Court using CM/ECF system which will automatically send notification of such filing to opposing counsel, and by depositing a copy of the same in the United States mail in an envelope with the adequate postage affixed thereto and properly addressed to ensure delivery to the following:

>A. Clark Morris
>Assistant United States Attorney
>P. O. Drawer 197
>Montgomery, Alabama 36101-0197

TONY L. AXAM /S/