IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr250-MEF |
| | ) | |
| MICHAEL COLEMAN | ) | |

### ORDER

Upon consideration of defendant's motion to re-open the motion to suppress hearing (Doc. # 54) filed February 28, 2008, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. The suppression hearing shall be reopened on the limited issue raised by the government's notice of incorrect testimony at 9:30 a.m. on March 4, 2008 in courtroom 5-B, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

The Clerk is DIRECTED to provide a court reporter for this proceeding.

DONE, this 29th day of February, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE