IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:07cr250-MEF |
| | ) | |
| MICHAEL COLEMAN | ) | |

## NOTICE OF POSSIBLE CONFLICT

**COMES NOW** the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and notifies the Court that defense counsel, Tony Axam, has a conflict of interest as follows:

1. Michael Coleman is represented by two attorneys, Tony Axam and Joe Reed.

2. Attorney Tony Axam also represented Deandra Lewis in 2:06-cr-64-MHT. Mr. Lewis pled guilty to one count of conspiracy to possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 846; two counts of possession of a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); and one count of possession of a firearm in furtherance of a drug trafficking crime, in violation of Title 18, United States Code, Section 924(c).

3. Prior to the sentencing hearing in 2:06-cr-64-MHT, Mr. Lewis did not cooperate with the government.

4. Since his incarceration, Mr. Lewis requested to speak with a representative of the government in order to provide information to the government in hopes of receiving a Rule 35 downward departure in his sentence.

5. Mr. Lewis has hired new counsel, Tom Azar, to assist in his cooperation

and facilitate a possible Rule 35 downward departure.

6. On January 28, 2008, DEA Special Agent Bret Hamilton and the undersigned traveled to Pensacola, Florida, to interview Mr. Lewis at the Federal Prison Camp where he is incarcerated.

7. During such interview, Mr. Lewis gave information about Michael Coleman's drug trafficking activities and agreed to testify against Mr. Coleman at trial.

8. After the interview, Agent Hamilton wrote a report detailing the information that Mr. Lewis relayed about Mr. Coleman. This report has been turned over to Joe Reed, one of Mr. Coleman's attorneys.

9. Based on the foregoing, the Government requests a hearing to decide whether Mr. Axam can and/or should remain counsel of record for Michael Coleman.

Respectfully submitted this the 3rd day of March, 2008.

LEURA G. CANARY
UNITED STATES ATTORNEY

s/ A. Clark Morris
A. CLARK MORRIS
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7138
E-mail: clark.morris@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:07cr250-MEF |
| | ) | |
| MICHAEL COLEMAN | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Tony Axam and Joe Reed.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ A. Clark Morris
A. CLARK MORRIS
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7138
E-mail: clark.morris@usdoj.gov