IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr250-MEF |
| | ) | |
| MICHAEL COLEMAN | ) | |

**ORDER**

Upon consideration of the government's notice of possible conflict filed March 3, 2008 (Doc. # 56), which the court construes, based on the March 4 hearing in this case, as a motion for disqualification of counsel, and for good cause, it is

ORDERED that the government shall file its brief on the issue on or before March 10, 2008. It is further

ORDERED that defendant shall file his response on or before March 14, 2008.

DONE, this 5th day of March, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE