IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )   | |
| ) | |
| v. ) | 2:07cr250-MEF |
| ) | |
| MICHAEL COLEMAN ) | |

### CORRECTED NOTICE OF DEFENSE ATTORNEY'S CONFLICT OF INTEREST

**COMES NOW** the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and files the above-captioned notice, and as reasons therefore, submits the following:

1. On March 10, 2008, a Notice of Defense Attorney's Conflict of Interest was filed in the above-captioned case.

2. It was brought to the attention of the United States that the date of the Certificate of Service was incorrectly listed and should be March 10, 2008.

3. This correction is filed to amend the date on the Certificate of Service from January 17, 2008 to March 10, 2008.

Respectfully submitted, this the 10th day of March, 2008.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ A. Clark Morris
A. CLARK MORRIS
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
E-mail: clark.morris@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:07cr250-MEF |
| | ) | |
| MICHAEL COLEMAN | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Joe Reed, Esq., and Tony Axam, Esq.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ A. Clark Morris
A. CLARK MORRIS
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
E-mail: clark.morris@usdoj.gov