IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| v. | ) INDICTMENT NO.: |
| | ) |
| **MICHAEL COLEMAN,** | ) 2:07-CR-250-2 |
| | ) |
| Defendants. | ) |
| _____ | ) |

**DEFENDANT MICHAEL COLEMAN'S RESPONSE TO THE GOVERNMENT'S NOTICE OF DEFENSE ATTORNEY'S CONFLICT OF INTEREST**

COMES NOW, Defendant MICHAEL COLEMAN, by and through undersigned counsel, and responds to the Government's Notice of Defense Attorney's Conflict of Interest, and states that, based on undersigned counsel's prior representation of Deandra Lewis, the Government's assertion that Mr. Lewis has given information relevant to the instant matter, the Government's intention to call Mr. Lewis as a witness against Mr. Coleman at the trial of this matter and the applicable caselaw on this issue, the undersigned does not object that he has a conflict of interest.

Undersigned counsel will voluntarily withdraw his representation of Mr. Coleman in this matter within three (3) days of filing the instant response.

This 14th day of March 2008.

Respectfully submitted,

Tony L. Axam /s/
TONY L. AXAM

1

                    GA Bar No. 029725
                    Attorney for Defendant

AXAMLAW  
P.O. Box 115238  
Atlanta, GA 30310  
(404) 524-2233  
(404) 897-1376 facsimile  
tony.axam@axamlaw.com

**CERTIFICATE OF SERVICE**

This is to certify that I have this date served upon opposing counsel a copy of the within and foregoing **DEFENDANT MICHAEL COLEMAN'S RESPONSE TO THE GOVERNMENT'S NOTICE OF DEFENSE ATTORNEY'S CONFLICT OF INTEREST** with the Clerk of Court using CM/ECF system which will automatically send notification of such filing to opposing counsel, and by depositing a copy of the same in the United States mail in an envelope with the adequate postage affixed thereto and properly addressed to ensure delivery to the following:

> A. Clark Morris
> Assistant United States Attorney
> P. O. Drawer 197
> Montgomery, Alabama 36101-0197

<u>TONY L. AXAM /S/</u>

3