IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr250-MEF |
| | ) | |
| MICHAEL COLEMAN | ) | |

## ORDER

Upon consideration of defendant attorney's response to the government's notice filed

March 14, 2008 (Doc. # 67), which the court construes as a motion to withdraw, and for good

cause, it is

ORDERED that the motion be and hereby is GRANTED.

DONE, this 17th day of March, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE