IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cr-250-MEF |
| | ) | |
| MICHAEL COLEMAN | ) | |

## O R D E R

Upon consideration of the defendant's Motion to Continue Trial (Doc. #64) filed on March 12, 2008, it is hereby

ORDERED that the motion is DENIED.

DONE this 20th day of March, 2008.

                                            /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE