# United States District Court

for

## Middle District of Alabama

### Petition for Warrant/Summons and Report for Defendant Under Pretrial Release Supervision

RECEIVED
2008 MAR 24 P 2: 29

| | |
|---|---|
| Name of Defendant: MICHAEL COLEMAN | Case Number: 2:07cr250-MEF |

Name of Releasing Judicial Officer: The Honorable Susan Russ Walker, U.S. Magistrate Judge

Date of Release: December 7, 2007

Original Offense: 21 U.S.C. § 846 Conspiracy to Possess with Intent to Distribute a Controlled Substance and 18 U.S.C. § 924© Possession of a Firearm During a Drug Trafficking Offense

Type of Release: pretrial release supervision to include electronic monitoring

Date of Next Court Appearance: April 7, 2008 (Trial)

Conditions of Release: pretrial release with Electronic Monitoring

| | |
|---|---|
| Assistant U.S. Attorney: Clark Morris | Defense Attorney: Joe M. Reed |

## PETITIONING THE COURT

[X]  To issue a warrant
[ ]  To issue a summons

The probation officer believes that the defendant has violated the following condition(s) of release:

| Violation Number | Nature of Noncompliance |
|---|---|
| Condition (t)(iii) Home Incarceration: You are restricted to your residence at all times except for medical needs or treatment, religious services, and court appearances as pre-approved by the pretrial service office or supervising officer. | On Friday, March 21, 2008, the defendant requested permission to meet with Mr. John Poti about the possibility of him assisting in the trial of his case. After confirming a meeting time of 1:30, I instructed the defendant that he could leave his residence at 1:15pm and return no later than 3:45pm. Mr. Poti was to call my office and leave a voice mail indicating what time the defendant left his office. Defendant returned to his residence at 8:01pm. |

Supervision history of defendant and actions taken by officer:
The defendant was released on electronic monitoring (home incarceration) on December 7, 2007. Since that date the defendant has spent most of his time with his attorney away from the residence. Due to the above violation, this officer is requesting that a warrant be issued and that his pretrial release be revoked.

U.S. Probation Officer Recommendation:

[X]   The term of release should be:
      [X]   revoked.

[ ]   The conditions of supervision should be modified as follows:

                                                    Respectfully submitted,

                     by      */s/ Tamara C. Martin*

                                                    Tamara C. Martin
                                                    U.S. Probation Officer
                                                    Date: March 24, 2008

Reviewed and approved: /s/ Sandra G. Wood
                                Officer in Charge/Pretrial Unit

---

THE COURT ORDERS:

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

                                                    Signature of Judicial Officer

                                                    3-24-08
                                                         Date