**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

March 26, 2008

# NOTICE OF DEFICIENCY

To:   Attorney Joe M. Reed

From:  Clerk's Office

Case Style:  U.S.A. vs. Michael Coleman, et al.

Case Number:  2:07cr250-MEF

**Referenced Pleading: Amended Motion to Suppress**
                     **Document #73**

```
The above referenced pleading filed by electronic means on 3/25/08
contains the wrong case number on the pleading.

Please re-file a corrected pleading with the correct case number listed
by conventional means as soon as possible.
```