IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO.:2:07cr250-MEF |
| ) | |
| MICHAEL COLEMAN ) | |

### ORDER ON MOTION

On March 25, 2008 the court conducted an evidentiary hearing on the petition to revoke the defendant's bond (Doc. # 70). For reasons stated on the record, it is

ORDERED that the petition is GRANTED and that the defendant's pretrial release be REVOKED pending his trial. Accordingly, it is ORDERED that the defendant be remanded to the United States Marshal pending his trial.

Done this 26th day of March, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE