IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr250-MEF |
| | ) | |
| MICHAEL COLEMAN | ) | |

**MOTION FOR ORDER DIRECTING THE UNITED STATES**
**MARSHAL TO RELEASE CUSTODY OF PRISONER**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney and the undersigned Assistant United States Attorney, both for the Middle District of Alabama, and moves this Honorable Court for an order directing the United States Marshal, Middle District of Alabama, to release from their custody Michael Coleman into the custody of Bret Hamilton, DEA, and John Hurst, DEA/HIDTA from March 28, 2008 through December 31, 2008, so that said agent can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.  We further move the Court to enter an order directing Bret Hamilton and John Hurst to return said prisoner into the custody of the United States Marshals Service when he has finished with him.

Respectfully submitted this the 27th day of March, 2008.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/A. Clark Morris
A. CLARK MORRIS
131 Clayton Street
Montgomery, Alabama 36104
Phone: (334) 223-7280
FAX: (334) 223-7135
E-mail: clark.morris@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Joe Reed, Esq.

                                        Respectfully submitted,

                                        /s/A. Clark Morris  
                                        A. CLARK MORRIS  
                                        131 Clayton Street  
                                        Montgomery, Alabama 36104  
                                        Phone: (334) 223-7280  
                                        FAX: (334) 223-7135  
                                        E-mail: clark.morris@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr250-MEF |
| | ) | |
| MICHAEL COLEMAN | ) | |

ORDER

Upon consideration of the government's motion for release of prisoner filed on March 27, 2008, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.

It is further ORDERED that the United States Marshals Service shall release custody of Michael Coleman from March 28, 2008, through December 31, 2008, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal. It is also

ORDERED that Bret Hamilton, DEA, and John Hurst, DEA/HIDTA, shall return said prisoner into the custody of the United States Marshals Service when they have finished with him.

DONE this _____ day of March, 2008.

_____
UNITED STATES MAGISTRATE JUDGE