## IN THE UNTIED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | Case No. 2:06-CR-215 |
| **MICHAEL COLEMAN, et al.** ) | |

## MOTION TO CONTINUE

Now comes the defendant, by and through the undersigned and hereby moves this honorable court to continue the above styled cause to the next available trial term. As grounds for such motion, the defendant shows unto the court the following:

1. The defendant, Michael Coleman plans to negotiate a plea agreement with the United States regarding his charges.

2. The defendant's proffer is set for Tuesday, April 1, 2008.

3. The defendant and the government need additional time to come to terms on the plea agreement and evaluate the usefulness of the information that the defendant plans to share with the government as well as any performance that may be required.

4. The defendant waives this time frame under the Speedy Trial Act in order to negotiate his plea agreement.

Wherefore, premises considered, the defendant prays that this court grant his motion to continue to the next available trial term.

          Respectfully Submitted,

          /s/ Joe M. Reed
          Joe M. Reed
          Attorney for Defendant

Address of Counsel:
Faulk & Reed, LLP
524 S. Union Street
Montgomery, AL  36104
334.834.2000
334.834.2088 fax

**Certificate of Service**

I hereby certify that the foregoing was filed with the Clerk of the Court and that notice will be sent by the Clerk to the Honorable Clark Morris, Assistant United States Attorney, P.O. Box 197, Montgomery, AL  36101 by electronic mail this 28th day of March, 2008.

          /s/ Joe M. Reed
          Joe M. Reed