IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr250-MEF |
| | ) | |
| MICHAEL COLEMAN | ) | |

### ORDER

Upon consideration of defendant's amended motion to suppress (Doc. # 73), filed March 25, 2008, and for good cause, it is

ORDERED that the government shall file a response to the motion on or before April 29, 2008.

DONE, this 9th day of April, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE