**IN THE UNTIED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | Case No. 2:07-CR-250 |
| **MICHAEL COLEMAN, et al.** ) | |

**Motion to Withdraw Amended Motion to Suppress**

Now comes the defendant, by and through the undersigned, and hereby moves this honorable court to allow the defendant to withdraw his amended motion to suppress, with leave to reinstate. As grounds for such motion, the defendant shows unto the court the following:

1. The defendant filed an amended motion to suppress with this court.

2. The United States was to respond to that motion by April 29, 2008.

3. The United States of America and the defendant have been in discussions with each other regarding a plea agreement and cooperation by the defendant with the United States of America.

4. After negotiations with the United States, the defendant has expressed his intent to withdraw his plea of not guilty and enter a plea of guilty with the court. The charge the defendant will plead guilty to is still unresolved at this time.

5. Nevertheless, based upon the substance of the negotiations, the defendant moves this court to allow him to withdraw his amended motion to suppress as it is moot at this time.

6. However should the parties be unable to come to an amicable plea agreement and the case proceeds to trial, the defendant asks that he be able to reinstate his motion at a subsequent date.

Wherefore, premises considered, the defendant prays that the court grant his motion.

                                Respectfully Submitted,

                                ___/s/ Joe M. Reed_____
                                Joe M. Reed
                                Attorney for Defendant

Address of Counsel:
Faulk & Reed, LLP
524 S. Union Street
Montgomery, AL  36104
334.834.2000
334.834.2088 fax

## Certificate of Service

I hereby certify that the foregoing was served on the Honorable John T. Harmon, Assistant United States Attorney, P.O. Box 197, Montgomery, AL  36101 by electronic notification this 29th day of April, 2008.

                                ___/s/ Joe M. Reed___
                                Joe M. Reed