IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CASE NO. 2:07-cr-250-MEF |
| | ) |
| MICHAEL COLEMAN | ) |

## **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge entered on March 14, 2008 (Doc. #66), said Recommendation is hereby adopted and it is the

ORDER, JUDGMENT and DECREE of the court that defendant Coleman's motion to suppress (Doc. #44) is DENIED.

DONE this the 30th day of April, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE