IN THE UNTIED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | Case No. 2:07-CR-250 |
| MICHAEL COLEMAN, et al. ) | |

### Motion to Withdraw Amended Motion to Suppress

Now comes the defendant, by and through the undersigned, and hereby moves this honorable court to allow the defendant to withdraw his amended motion to suppress, with leave to reinstate. As grounds for such motion, the defendant shows unto the court the following:

1. The defendant filed an amended motion to suppress with this court.

2. The United States was to respond to that motion by April 29, 2008.

3. The United States of America and the defendant have been in discussions with each other regarding a plea agreement and cooperation by the defendant with the United States of America.

4. After negotiations with the United States, the defendant has expressed his intent to withdraw his plea of not guilty and enter a plea of guilty with the court. The charge the defendant will plead guilty to is still unresolved at this time.

5. Nevertheless, based upon the substance of the negotiations, the defendant moves this court to allow him to withdraw his amended motion to suppress as it is moot at this time.

**MOTION GRANTED**

THIS _30th_ DAY OF _April_, 20_08_

_____
UNITED STATES MAGISTRATE JUDGE