IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr250-MEF |
| | ) | |
| MICHAEL COLEMAN | ) | |

## UNOPPOSED MOTION TO CONTINUE TRIAL

**COMES NOW** the defendant, Michael Coleman, by and through undersigned counsel and hereby files his unopposed motion to continue the trial of this matter currently scheduled for July 28, 2008. In support of this motion, Coleman states the following:

1. On October 22, 2007, Mr. Coleman was charged in an indictment with violating 21 U.S.C. § 846 and 18 U.S.C § 924(c)(1)(A). (Doc #13)

2. On December 7, 2007, Mr. Coleman appeared before this court for arraignment and entered a plea of not guilty to the charges in the indictment. (Doc #36)

3. The matter was originally set for trial on April 7, 2008. On March 28, 2008, Coleman moved to continue trial based on his willingness to cooperate with the government and to enter a guilty plea in this case. (Doc #84) Coleman's motion was granted and the matter was continued to July 28, 2008. (Doc #86) Before a knowing and intelligent plea agreement can be reached, Coleman intends to provide assistance with the hope of obtaining a motion for downward departure pursuant to USSG § 5K1.1. Mr. Coleman had an initial proffer session with the government on April 28, 2008.

5. Government counsel has indicated that they would like additional proffer sessions with Mr. Coleman. Government counsel has also indicated that there is insufficient time to set up additional proffer sessions and evaluate any benefit sufficient for a concrete

plea agreement to be reached prior to the Rule 11(c)(1)(C) *Notice of Intent to Plea* deadline of noon, July 16, 2008, or the July 28, 2008 trial term.

6.  Mr. Coleman requests to continue this matter to permit the parties to properly negotiate a plea agreement.

7.  A Waiver of Speedy Trial is filed contemporaneously with this motion.

8.  The government, through Assistant U.S. Attorney A. Clark Morris, has been contacted concerning this motion and has no objections to a continuance. Neither party will be prejudiced by such a delay.

9.  This motion is brought in good faith and not for any dilatory purpose or improper motive and evidences the parties desire to engage in good faith plea negotiations to resolve this matter.

WHEREFORE, Mr. Coleman prays that this Court will grant his motion and continue this matter to a later trial date in order for cooperation and a plea agreement to be worked out between the parties.

Respectfully submitted this 7th day of July 2008.

       s/ John M. Poti
**JOHN M. POTI (POT013)**
Attorney for Michael Coleman
696 N. Silver Hills Drive, Suite 102
Prattville, Alabama 36066-6184
TEL: (334) 361-3535
FAX: 1-866-780-9012
Email: john@jmpoti.com

## CERTIFICATE OF SERVICE

  I hereby certify that on July 7, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: <u>A. Clark Morris, Joe Reed, Michael Petersen</u>, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: <u> none </u>.

                   s/ John M. Poti
                   **JOHN M. POTI  (POT013)**
                   Attorney for Michael Coleman
                   696 N. Silver Hills Drive, Suite 102
                   Prattville, Alabama 36066-6184
                   TEL:   (334) 361-3535
                   FAX:   1-866-780-9012
                   Email: john@jmpoti.com