IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr250-MEF |
| | ) | |
| MICHAEL COLEMAN | ) | |

## WAIVER OF SPEEDY TRIAL ACT

I, MICHAEL COLEMAN, the defendant in the above-styled cause, do hereby waive my rights to a speedy trial pursuant to 18 USC § 3161, et. seq. I certify to the Court that I knowingly, voluntarily, and intelligently waive these rights after full and complete explanation of each and every one of them to me by my attorney and,

WITH FULL KNOWLEDGE OF EACH OF THESE RIGHTS, I HEREBY EXPRESSLY WAIVE SUCH RIGHTS.

_7/7/08_  
Date

_Michael Coleman_  
Defendant

_7/7/08_  
Date

_[signature]_  
Attorney for Defendant