IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cr-250-MEF |
| | ) | |
| MICHAEL COLEMAN | ) | |

## **O R D E R**

Upon consideration of the Unopposed Motion to Continue Trial (Doc. #102) filed by defendant Michael Coleman on July 7, 2008, it is hereby

ORDERED that defendant Willie Joe Hall show cause on or before July 14, 2008 as to why this motion should not be granted.

It is further ORDERED that the government file a response on or before July 15, 2008 as to whether it objects to a continuance of the trial of both defendants.

DONE this the 8th day of July, 2008.

                                                /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE